JULIUS F. BARD et al., Appellants, *v.* COLUMBIA UNIVERSITY CLUB, Respondent.

(Submitted April 7, 1930; decided May 6, 1930.)

*Frank C. Briggs* for appellants.
*Charles J. Lane* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: CARDOZO, Ch. J., and LEHMAN, J.